JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

AHYUN LEE,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

Case No. 5:26-cv-06181-SRM-DMK

**JUDGMENT**

**A237-067-285**

Pursuant to the Court's Order granting Petitioner's Habeas Petition, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Petition for Writ of Habeas Corpus is **GRANTED IN PART**. Dkt. 1.

**IT IS SO ORDERED.**

Dated:November 4, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE